445 A.2d 232

Commonwealth v. Lopez, Appellant.

Petition for Allowance of Appeal Denied Sept. 3, 1982.

Submitted December 5, 1980. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and HESTER and WIEAND, JJ.

Judgment of sentence of the lower court is affirmed.